In the Matter of SHARON M. SCRIVEN. MARION A. S. SCRIVEN, Respondent; LEROY WOODRUFF, Appellant.—

All concur.